UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| LARRY W. PACE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-cv-01149 |
| COMPUTEX TECHNOLOGY SOLUTIONS, | § § § § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

The matters in issue in the above-entitled action have been resolved by and between Plaintiff Larry W. Pace and Defendant Computex, Inc. d/b/a Computex Technology Solutions (collectively "the Parties").  Thus, the Parties now file this Stipulation of Dismissal with Prejudice and request the Court to enter an Agreed Order of Dismissal.  The Parties also agree that all Parties shall bear their own attorneys' fees and costs incurred in the lawsuit.

**AGREED AS TO FORM AND SUBSTANCE:**

*/s/ Kyla Gail Cole*
_____
Kyla Gail Cole
Texas State Bar No. 00796793
Federal ID No. 1137737
Jane Legler
Texas State Bar No. 03565820
Federal ID No. 248611
Christine Neill
Texas State Bar No. 00796793
Federal ID No. 109167
Neill Legler Cole, PLLC
3141 Hood Street, Suite 200
Dallas, Texas 75219
Telephone: (214) 748-7777

**ATTORNEY-IN-CHARGE FOR PLAINTIFF
LARRY W. PACE**


*/s/ Karen C. Denney*_____
Karen C. Denney
Attorney-In-Charge
State Bar No. 24036395
Southern District No. 732234
Haynes and Boone, LLP
301 Commerce Street, Ste. 2600
Fort Worth, Texas 76102
Telephone:  (817) 347-6600
Telecopier:  (817) 348-2327
karen.denney@haynesboone.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT
COMPUTEX, INC. D/B/A COMPUTEX
TECHNOLOGY SOLUTIONS**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| LARRY W. PACE, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 4:21-cv-01149 |
| COMPUTEX TECHNOLOGY SOLUTIONS, | | |
| Defendant. | | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court was advised by counsel for Larry W. Pace and Defendant Computex, Inc. d/b/a Computex Technology Solutions (collectively "the Parties") that the matters in issue in the above-entitled action have been resolved and that Plaintiff Larry W. Pace no longer wishes to prosecute his claims in this lawsuit. It is hereby ORDERED, ADJUDGED, AND DECREED that the above-entitled and numbered action, and all claims that were or could have been raised herein, are DISMISSED WITH PREJUDICE to the re-filing of same in any form. The Parties will each bear their own attorneys' fees and costs.

SIGNED this _____ day of _____, 2022.

_____
PRESIDING JUDGE

**AGREED AS TO FORM AND SUBSTANCE:**

*/s/ Kyla Gail Cole*
_____
Kyla Gail Cole
Texas State Bar No. 00796793
Federal ID No. 1137737
Jane Legler
Texas State Bar No. 03565820
Federal ID No. 248611
Christine Neill
Texas State Bar No. 00796793
Federal ID No. 109167
Neill Legler Cole, PLLC
3141 Hood Street, Suite 200
Dallas, Texas 75219
Telephone: (214) 748-7777

**ATTORNEY-IN-CHARGE FOR PLAINTIFF
LARRY W. PACE**


*/s/ Karen C. Denney*_____
Karen C. Denney
Attorney-In-Charge
State Bar No. 24036395
Southern District No. 732234
Haynes and Boone, LLP
301 Commerce Street, Ste. 2600
Fort Worth, Texas 76102
Telephone:  (817) 347-6600
Telecopier:  (817) 348-2327
karen.denney@haynesboone.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT
COMPUTEX, INC. D/B/A COMPUTEX
TECHNOLOGY SOLUTIONS**