United States District Court
Southern District of Texas
**ENTERED**
January 18, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| LARRY W. PACE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-01149 |
| | § | |
| COMPUTEX TECHNOLOGY SOLUTIONS, | § | |
| | § | |
| Defendant. | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court was advised by counsel for Larry W. Pace and Defendant Computex, Inc. d/b/a Computex Technology Solutions (collectively "the Parties") that the matters in issue in the above-entitled action have been resolved and that Plaintiff Larry W. Pace no longer wishes to prosecute his claims in this lawsuit. It is hereby ORDERED, ADJUDGED, AND DECREED that the above-entitled and numbered action, and all claims that were or could have been raised herein, are DISMISSED WITH PREJUDICE to the re-filing of same in any form. The Parties will each bear their own attorneys' fees and costs.

SIGNED this **18th** day of **JANUARY**, 2022.

_____
PRESIDING JUDGE